■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELVIN SMITH, Respondent, v MELVIN WILLIAMS, Superintendent, Willard Drug Treatment Campus, Appellant. [899 NYS2d 706]—Appeal from a judgment of the Supreme Court, Seneca County (Dennis F. Bender, A.J.), entered March 3, 2009 in a habeas corpus proceeding. The judgment granted the petition and directed release of petitioner to parole supervision.

It is hereby ordered that the judgment so appealed from is unanimously reversed on the law without costs and the petition is dismissed (*see People ex rel. Van Steenburg v Wasser*, 69 AD3d 1135 [2010]; *People ex rel. Muhammad v Bradt*, 68 AD3d 1391 [2009]; *People ex rel. Almodovar v Berbary*, 67 AD3d 1419 [2009], *lv denied* 14 NY3d 703 [2010]). Present—Scudder, P.J., Martoche, Fahey, Green and Gorski, JJ.

■ In the Matter of GABRIEL L. RAMOS, Respondent, v DARCY A. RAMOS, Appellant. [899 NYS2d 723]—Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered January 16, 2009 in a proceeding pursuant to Family Court Act article 6. The order granted sole custody of the parties' children to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Fahey, Green and Gorski, JJ.